

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00243-CV

IN RE TEDDY LAWRENCE                                    RELATOR
STEWART

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. D2013248

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of habeas corpus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus is denied.

PER CURIAM

PANEL: MEIER, DAUPHINOT, and WALKER, JJ.

DELIVERED: August 26, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).